

LODGED

FILED

Michael R. Davisson SBN 83278
SUSAN KOEHLER SULLIVAN SBN 156418
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, CA  90017-5556
(213) 426-6900

MAY   5 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

2005 MAY 10  A 7 58

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.
BY _____
DEPUTY

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DANA BUTCHER

Plaintiff(s)

v.

OLD REPUBLIC SURETY COMPANY

Defendant(s)

CASE NUMBER:

1:03-CV-06454-OWW-SMS

### SUBSTITUTION OF ATTORNEY

OLD REPUBLIC SURETY COMPANY
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  Sedgwick, Detert, Moran & Arnold LLP Michael Davisson/Susan Sullivan   who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   801 S. Figueroa Street, 18th Floor
                                                                  *Street Address*

Los Angeles, CA  90017-5556      (213) 426-6900    (213) 426-6921    83278/156418
*City, State, Zip Code*          *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Law Offices of Michael Pisias, Jr.

Dated:  4/29/05 , 2005

_____
*Signature of Party*
Alan P. Pavlic, Old Republic Surety

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated:  5-3-05 , 2005

_____
*Present Attorney*
Michael Pisias, Jr.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 28, 2005

_____
*Signature of New Attorney*
Michael R. Davisson

**Substitution of Attorney is hereby**  [X] Approved.  [ ] Denied.

Dated:  5-6-05

_____
United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:**   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program, is available on the Court's website at* www.cacd.uscourts.gov.

ORIGINAL

1

## **PROOF OF SERVICE**

2

*Dana Butcher v. Old Republic Surety Company, et al.*
**USDC Case No. F-03-6454 OWW SMS**

3

4

5

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On May 4, 2005, I served the within document(s):

6

## **SUBSTITUTION OF ATTORNEY**

7

8

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

9

10

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

11

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

12

13

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

14

## **SEE ATTACHED SERVICE LIST**

15

16

17

18

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

20

Executed on May 4, 2005, at Los Angeles, California.

21

22

Kathy L. Rollins

23

24

25

26

27

28

LA/600545v1

1          <u>**SERVICE LIST**</u>

2          *Dana Butcher v. Old Republic Surety Company, et al.*
                   USDC Case No. F-03-6454 OWW SMS
3

4    James H. Wilkens                          Attorneys for Plaintiff
     Alyson A. Berg                            DANA BUTCHER dba DANA
5    WILKENS DROLSHAGEN                        BUTCHER ASSOCIATES
     & CZESHINSKI LLP
6    7050 N. Fresno Street, Suite 204
     Fresno, CA 93720
7    Telephone: (559) 438-2390
     **Facsimile: (559) 438-2393**
8
     Carol Ann Moses                           Attorneys for Third Party Defendant
9    Attorney at Law                           SHERI HANKE
     545 East Alluvial, Suite 112
10   Fresno, CA 93720
     Telephone: (559) 449-9069
11   **Facsimile: (559) 449-9014**

12   J. Michael Pisias, Jr.
     LAW OFFICES OF
13   J. MICHAEL PISIAS, JR.
     177 Post Street, Suite 700
14   San Francisco, CA 94108-4725

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA/600545v1