James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff DANA BUTCHER, dba
DANA BUTCHER ASSOCIATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BUTCHER, dba DANA BUTCHER ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC SURETY COMPANY, a Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 03-CV-6454-OWW-SMS<br><br>**STIPULATION AND ORDER TO CHANGE DISCOVERY AND MOTION DEADLINES**<br><br>**Judge: Honorable Oliver W. Wanger** |

     This stipulation is entered into by and between Plaintiff DANA BUTCHER, dba DANA BUTCHER ASSOCIATES through his counsel of record herein Wilkins, Drolshagen & Czeshinski LLP, Defendant OLD REPUBLIC SURETY COMPANY by and through its counsel of record Sedgwick, Detert, Moran & Arnold and third party defendant SHERI HANKE by and through her counsel of record Carol Ann Moses.  It is hereby agreed to by the parties that good cause exists for rescheduling the deadlines in this action as a result of the pending criminal action against SHERI HANKE and OLD REPUBLIC's substitution of new counsel of record in this action.  Specifically, the parties agree to the following discovery and motion deadline deadlines.

/ / / /

/ / /

| | Deadline | Date |
|---|---|---|
| 2 | Discovery cut-off | November 7, 2005 |
| 3 | Expert designations | November 21, 2005 |
| 4 | Supplemental expert designations | December 19, 2005 |
| 5 | Nondispositive motion deadline (excluding expert matters) | November 21, 2005 |
| 6, 7 | Dispositive motion filing deadline (Including expert motions) | December 19, 2005 |
| 8 | Expert discovery cut-off | January 9, 2006 |
| 9 | Pretrial Conference | February <u>13</u>, 2006 at 11:00 am |
| 10 | Trial date | March <u>28</u>, 2006 at 9:00 am |

Dated: June 1, 2005

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By _____s/Alyson A. BErg_____
James H. Wilkins
Alyson A. Berg
Attorneys for Plaintiff DANA BUTCHER, dba DANA BUTCHER ASSOCIATES

Dated: May 31, 2005

SEDGWICK, DETERT, MORAN & ARNOLD

By ___s/Susan Sullivan___
Susan Sullivan
Attorneys for Defendant OLD REPUBLIC SURETY COMPANY

Dated: May 28, 2005

LAW OFFICE OF CAROL ANN MOSES

By _____s/Carol Ann Moses_____
Carol Ann Moses
Attorney for third party, SHERI HANKE

/ / / /

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and Order to Change Discovery Deadlines

**ORDER**

IT IS HEREBY ORDERED.

Dated: June __6_, 2005

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger

G:\docs\GLucas\Orders To Be Signed\03cv6454.stip.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 3 -

Stipulation and Order to Change Discovery Deadlines