SEDGWICK, DETERT, MORAN & ARNOLD LLP
Michael R. Davisson      Bar No. ?????
Susan Koehler Sullivan   Bar No. ?????
Paul K. Song             Bar No. 211183
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:  (213) 426-6900
Facsimile:  (213) 426-6921

Attorneys for Defendant and Third Party Plaintiff
OLD REPUBLIC SURETY COMPANY

LODGED JUN - 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED
2005 JUN -9 P 3: 44
CLERK, U.S. DIST. COURT
EASTERN DIST. COURT
CALIF
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BUTCHER, dba DANA BUTCHER ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC SURETY COMPANY, a Corporation,<br><br>Defendants.<br>_____<br>OLD REPUBLIC SURETY COMPANY, a Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SHERI HANKE, an individual,<br><br>Third-Party Defendant. | CASE NO. 03-CV-6454-OWW-SMS<br>[The Honorable Sandra M. Snyder]<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>DATE:  June 9, 2005<br>TIME:  10:00 a.m.<br>DEPT:  Courtroom 4 |

This Stipulation is entered into by and between Plaintiff DANA BUTCHER, dba DANA BUTCHER ASSOCIATES through his counsel of record herein Wilkins, Drolshagen & Czeshinski LLP, Defendant OLD REPUBLIC SURETY COMPANY by and through its counsel of record Sedgwick, Detert, Moran & Arnold, and third-party Defendant SHERI HANKE by and through her counsel of

1  record Law Offices of Carol Ann Moses.
2      It is hereby agreed to by the parties that good cause exists for continuing the
3  June 9, 2005 Settlement Conference to August 17, 2005 at 2:00 p.m.) in order to
4  accommodate calendar conflicts of recently substituted counsel for OLD
5  REPUBLIC SURETY COMPANY, and also to permit substituted counsel
6  sufficient time to meaningfully prepare for the settlement conference.
7      **SO STIPULATED.**
8
9  DATED: June 9, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP
10
11                             By: /s/ Paul K. Song
                                  Michael R. Davisson
12                                Susan Koehler Sullivan
                                  Paul K. Song
13                                Attorneys for Defendant and Third Party Plaintiff
                                  OLD REPUBLIC SURETY COMPANY
14
15 DATED: June ___, 2005       WILKINS, DROLSHAGEN & CZESHINSKI LLP
16
17
                               By:_____
18                                James H. Wilkins
                                  Alyson A. Berg
19                                Attorneys for Plaintiff DANA BUTCHER, dba
                                  DANA BUTCHER ASSOCIATES
20
21 DATED: June ___, 2005       LAW OFFICES OF CAROL ANN MOSES
22
23                             By:_____
                                  Carol Ann Moses
24                                Attorneys for Third Party Defendant
                                  SHERI HANKE
25
26
27
28

1  record Law Offices of Carol Ann Moses.
2       It is hereby agreed to by the parties that good cause exists for continuing the
3  June 9, 2005 Settlement Conference to August 17, 2005 at 2:00 p.m.) in order to
4  accommodate calendar conflicts of recently substituted counsel for OLD
5  REPUBLIC SURETY COMPANY, and also to permit substituted counsel
6  sufficient time to meaningfully prepare for the settlement conference...
7       **SO STIPULATED.**
8
9  DATED: June___, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP
10
11                             By:_____
                                  Michael R. Davisson
12                                Susan Koehler Sullivan
                                  Paul K. Song
13                                Attorneys for Defendant and Third Party Plaintiff
                                  OLD REPUBLIC SURETY COMPANY
14
15 DATED: June _8_, 2005        WILKINS, DROLSHAGEN & CZESHINSKI LLP
16
17                             By: Alyson A Berg
18                                James H. Wilkins
                                  Alyson A. Berg
19                                Attorneys for Plaintiff DANA BUTCHER, dba
                                  DANA BUTCHER ASSOCIATES
20
21 DATED: June___, 2005         LAW OFFICES OF CAROL ANN MOSES
22
23                             By:_____
                                  Carol Ann Moses
24                                Attorneys for Third Party Defendant
                                  SHERI HANKE
25
26
27
28

1  record Law Offices of Carol Ann Moses.
2      It is hereby agreed to by the parties that good cause exists for continuing the
3  June 9, 2005 Settlement Conference to August 17, 2005 at 2:00 p.m.) in order to
4  accommodate calendar conflicts of recently substituted counsel for OLD
5  REPUBLIC SURETY COMPANY, and also to permit substituted counsel
6  sufficient time to meaningfully prepare for the settlement conference...
7      **SO STIPULATED.**
8
9  DATED: June___, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP
10
11                          By:_____
12                              Michael R. Davisson
                                Susan Koehler Sullivan
                                Paul K. Song
13                              Attorneys for Defendant and Third Party Plaintiff
                                OLD REPUBLIC SURETY COMPANY
14
15 DATED: June___, 2005     WILKINS, DROLSHAGEN & CZESHINSKI LLP
16
17
18                          By:_____
                                James H. Wilkins
19                              Alyson A. Berg
                                Attorneys for Plaintiff DANA BUTCHER, dba
                                DANA BUTCHER ASSOCIATES
20
21 DATED: June 8, 2005      LAW OFFICES OF CAROL ANN MOSES
22
23                          By:_____
                                Carol Ann Moses
24                              Attorneys for Third Party Defendant
                                SHERI HANKE
25
26
27
28

LA/603549v1
                          2
          STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference is continued to August 17, 2005 at 2:00 p.m. in this Court.

Dated: June 9, 2005

_____
SNYDER
United States Magistrate Judge

## PROOF OF SERVICE

### *Dana Butcher v. Old Republic Surety Company, et al.*
### USDC Case No. F-03-6454 OWW SMS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On June 9, 2005, I served the within document(s):

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 9, 2005, at Los Angeles, California.

_____
Sherry Lilley

LA/604321v1

## SERVICE LIST

*Dana Butcher v. Old Republic Surety Company, et al.*
USDC Case No. F-03-6454 OWW SMS

| | |
|---|---|
| James H. Wilkens<br>Alyson A. Berg<br>WILKENS DROLSHAGEN<br>& CZESHINSKI LLP<br>7050 N. Fresno Street, Suite 204<br>Fresno, CA 93720<br>Telephone: (559) 438-2390<br>**Facsimile: (559) 438-2393** | Attorneys for Plaintiff<br>DANA BUTCHER dba DANA<br>BUTCHER ASSOCIATES |
| Carol Ann Moses<br>Attorney at Law<br>545 East Alluvial, Suite 112<br>Fresno, CA 93720<br>Telephone: (559) 449-9069<br>**Facsimile: (559) 449-9014** | Attorneys for Third Party Defendant<br>SHERI HANKE |

LA/604321v1