SEDGWICK, DETERT, MORAN & ARNOLD LLP
Michael R. Davisson     Bar No. 83278
Susan Koehler Sullivan  Bar No. 156418
Paul K. Song            Bar No. 211183
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant and Third Party Plaintiff
OLD REPUBLIC SURETY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BUTCHER, dba DANA BUTCHER ASSOCIATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD REPUBLIC SURETY COMPANY, a Corporation,<br><br>　　　　Defendants.<br>_____<br>OLD REPUBLIC SURETY COMPANY, a Corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>SHERI HANKE, an individual,<br><br>　　　　Third-Party Defendant. | CASE NO. 03-CV-6454-OWW-SMS<br>[The Honorable Oliver W. Wanger]<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(ii); ORDER** |

　　　Whereby plaintiff DANA BUTCHER, dba DANA BUTCHER ASSOCIATES ("DBA") and defendant OLD REPUBLIC SURETY COMPANY ("Old Republic") have reached and finalized a settlement agreement and release of DBA's claims against Old Republic;

1

STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(II)

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this action, plaintiff DANA BUTCHER, dba DANA BUTCHER ASSOCIATES ("DBA"), defendant OLD REPUBLIC SURETY COMPANY ("Old Republic"), and third-party defendant SHERI HANKE ("Hanke"), hereby stipulate and agree pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) that all claims of DBA and third-party complaint of Old Republic arising from the above-captioned matter are hereby dismissed with prejudice, with each party to bear its own costs and fees.

DATED: September _, 2005   WILKINS DROLSHAGEN & CZESHINSKI LLP

By:_____
Alyson A. Berg
Attorneys for Plaintiff
DANA BUTCHER DBA DANA BUTCHER ASSOCIATES

DATED: September 29, 2005   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Michael R. Davisson
Susan Koehler Sullivan
Paul K. Song
Attorneys for Defendant and Third Party Plaintiff
OLD REPUBLIC SURETY COMPANY

DATED: September _, 2005

By:_____
Carol Ann Moses
Attorneys For Third Party Defendant
SHERI HANKE

2
STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(II)

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs and fees.

**SO ORDERED.**

DATED: _October 3, 2005         /s/ OLIVER W. WANGER
                                The Honorable Oliver W. Wanger
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com